**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3: 23-CR- 35-KDB** |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| **v.** | ) | |
| | ) | **Violation:** 18 U.S.C. § 922(g)(1) |
| | ) | |
| **MARCUS ALEXANDER ALLEN** | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Convicted Felon)*

On or about March 5, 2022 in Mecklenburg County, within the Western District of North Carolina, the defendant,

**MARCUS ALEXANDER ALLEN,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a .40 caliber Glock 23 handgun, in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property seized during the investigation is subject to forfeiture on one or more of the grounds stated above: [firearm]

    (a)    A Glock 23 handgun
    (b)    Ammunition

A TRUE BILL



DENA J. KING
UNITED STATES ATTORNEY

Timothy Sielaff
ASSISTANT UNITED STATES ATTORNEY