Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

**U. S. DISTRICT COURT**

(To be used for **all** new Bills of Indictments and Bills of Information)

| | |
|---|---|
| **CASE SEALED:** ☐ YES ☒ NO | **DOCKET NUMBER:** 3:23 cr 35-KDB |

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | MARCUS ALEXANDER ALLEN |
| **COUNTY OF OFFENSE** | : | MECKLENBURG |
| **RELATED CASE INFORMATION** | : | |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ☐ Petty  ☐ Misdemeanor  ☒ Felony

18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| **JUVENILE:** | ☐ Yes  ☒ No | |
| **ASSISTANT U. S. ATTORNEY** | : | TIMOTHY SIELAFF |
| **VICTIM/WITNESS COORDINATORS:** | | SHIRLEY RUTLEDGE |
| **INTERPRETER NEEDED** | : | N/A |
| **LIST LANGUAGE AND/OR DIALECT:** | | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | |